IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALAMOS ASSET MANAGEMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1510-MN ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order February 19, 2021 (D.I. 201, D.I. 202);

IT IS HEREBY ORDERED AND ADJUDGED this 19th day of February 2021 that judgment be and is HEREBY ENTERED in favor of Defendant Travelers Casualty and Surety Company of America and against Plaintiff Calamos Asset Management, Inc.

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk