# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALAMOS ASSET MANAGEMENT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 18-1510-MN |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION OF THE COURT'S APRIL 30, 2021 MEMORANDUM OPINION

WHEREAS, Plaintiff Calamos Asset Management, Inc. filed its Motion for Clarification of the Court's April 30, 2021 Memorandum Opinion (D.I. No. 219) on July 28, 2021;

WHEREAS, the parties previously agreed, and the Court approved, that Defendant Travelers Casualty and Surety Company of America may extend its deadline to file an Answering Brief in Opposition to the Motion for Clarification through and including August 16, 2021 (D.I. 221);

4843-5367-9862.1

The parties have agreed, subject to Court approval, that Defendant Travelers Casualty and Surety Company of America may further extend its deadline to file an Answering Brief in Opposition to the Motion for Clarification through and including August 18, 2021.

| | |
|---|---|
| POTTER ANDERSON<br>  & CORROON LLP | LEWIS BRISBOIS<br>  BISGAARD & SMITH LLP |
| /s/ Carla M. Jones<br>Jennifer C. Wasson (No. 4933)<br>Carla M. Jones (No. 6046)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>jwasson@potteranderson.com<br>cjones@potteranderson.com | /s/ Cheneise V. Wright<br>Francis G.X. Pileggi (No. 2624)<br>Cheneise V. Wright (No. 6597)<br>500 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>(302) 985-6000<br>Francis.Pileggi@lewisbrisbois.com<br>Cheneise.Wright@lewisbrisbois.com |
| OF COUNSEL:<br>Matthew J. Schlesinger<br>Colin P. Watson<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>(202) 662-5581<br>mschlesinger@cov.com<br>rmuoio@cov.com | OF COUNSEL:<br>Ronald P. Schiller<br>Daniel J. Layden<br>HANGLEY ARONCHICK SEGAL<br>    PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 568-6200<br>rschiller@hangley.com<br>dlayden@hangley.com |
| *Counsel for Plaintiff Calamos Asset Management, Inc.* | *Counsel for Defendant Travelers Casualty and Surety Company of America* |

Dated: August 16, 2021

   IT IS SO ORDERED this _____ day of August, 2021.

_____
U.S. DISTRICT JUDGE MARYELLEN NOREIKA