IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALAMOS ASSET MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 18-1510 (MN) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this 21st day of October 2021, consistent with the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Clarification of the Court's April 30, 2021 Memorandum Opinion (D.I. 219) is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED because the Court will issue a clarification but DENIED because the Court will not issue the specific clarification Plaintiff requested.

2. The Court hereby declares that the damages Plaintiff may seek at trial is limited to the amounts allocable under the relative exposure rule to the settlement and defense of the portion of the Officer and Director Claim based on acts by John Calamos and John Koudounis in their capacity as an officer and director of Calamos Asset Management, Inc.[2]

---

[2] The "Officer and Director Claim" is Count II of the complaint in the Stockholder Action. (D.I. 224 at 1).

3. The Court hereby declares that Plaintiff may not seek damages based on the settlement and defense of the Controlling Stockholder Claim.[3]

4. The Court hereby declares that Plaintiff may not seek damages based on the settlement and defense of acts by John Calamos in his capacity as an officer or director of any entity that is not Calamos Asset Management, Inc.

_____
The Honorable Maryellen Noreika
United States District Judge

---

[3] The "Controlling Stockholder Claim" is Count I of the complaint in the Stockholder Action). (D.I. 224 at 1).