**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALAMOS ASSET MANAGEMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1510-MN |
| | ) |
| TRAVELERS CASUALTY AND SURETY | ) **TRIAL BY JURY OF TWELVE** |
| COMPANY OF AMERICA, | ) **DEMANDED** |
| | ) |
| Defendant. | ) |

<u>**STIPULATION OF VOLUNTARY DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Calamos Asset Management, Inc. ("CAM") and Defendant Travelers Casualty and Surety Company of America ("Travelers") hereby stipulate and agree that the above-captioned action and all claims asserted therein by CAM against Travelers are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees incurred in this action.

POTTER ANDERSON
     & CORROON LLP

 /s/  Carla M. Jones
Jennifer C. Wasson (No. 4933)
Carla M. Jones (No. 6046)
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
jwasson@potteranderson.com
cjones@potteranderson.com

LEWIS BRISBOIS
     BISGAARD & SMITH LLP

 /s/  Francis G.X. Pileggi
Francis G.X. Pileggi (No. 2624)
Cheneise V. Wright (No. 6597)
500 Delaware Avenue, Suite, 700
Wilmington, DE 19801
(302) 985-6000
Francis.Pileggi@lewisbrisbois.com
Cheneise.Wright@lewisbrisbois.com

OF COUNSEL:

Matthew J. Schlesinger
Colin P. Watson
Ralph M. Muoio
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5581
mschlesinger@cov.com
cpwatson@cov.com
rmuoio@cov.com


*Counsel for Plaintiff*
*Calamos Asset Management, Inc.*

OF COUNSEL:

Ronald P. Schiller
Daniel J. Layden
HANGLEY ARONCHICK SEGAL
  PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
rschiller@hangley.com
dlayden@hangley.com


*Counsel for Defendant Travelers Casualty and*
*Surety Company of America*

Dated:  December 27, 2021


IT IS SO ORDERED this _____ day of _____, 2021.


_____
U.S. DISTRICT JUDGE MARYELLEN NOREIKA